**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCIA CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | Jury Trial Demanded |
| SL WESTERN LOUNGE, LLC | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SL WESTERN LOUNGE, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant SL Western Lounge, LLC, by and through its undersigned counsel of record, and for its Corporate Disclosure Statement, hereby discloses and certifies that:

SL Western Lounge, LLC is a limited liability company organized under the laws of Missouri and does not have a parent corporation. There is not a publicly traded company that owns 10 percent or more of SL Western Lounge, LLC's stock.

Respectfully submitted,

**FOLAND, WICKENS, ROPER,
HOFER & CRAWFORD, P.C.**


/s/Michael L. Belancio
MICHAEL L. BELANCIO                                    #50115
1200 Main St., Suite 2200
Kansas City, Missouri  64105
Telephone:  (816) 427-7474
Facsimile:  (816) 472-6262
Email:  mbelancio@fwpclaw.com
**ATTORNEYS FOR DEFENDANT
SL WESTERN LOUNGE, LLC**


## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, I served a true and correct copy of the foregoing upon the following by email and electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Joseph A. Ott
Ott Law Firm
6115 Eveline Street
St. Louis, MO  63139
Telephone:  (314) 293-3756
Email:  joe@ott.law
**ATTORNEY FOR PLAINTIFF**


/s/Michael L. Belancio
**ATTORNEYS FOR DEFENDANT**