IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARCIA CLARK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18-CV-01223 |
| SL WESTERN LOUNGE, LLC | ) |
| and | ) |
| JOHN DOE, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW attorney Jacqueline M. Sexton of the law firm Foland, Wickens, Roper, Hofer & Crawford, P.C., and enters her appearance as lead counsel of record for Defendant SL Western Lounge, LLC in the above-captioned matter.

Respectfully submitted,

**FOLAND, WICKENS, ROPER,**
**HOFER & CRAWFORD, P.C.**


/s/ *Jacqueline M. Sexton*
Jacqueline M. Sexton        Bar # 53262MO
One Kansas City Place
1200 Main Street, Suite 2200
Kansas City, Missouri  64105
Phone:  (816) 472-7474
Facsimile:  (816) 472-6262
Email:  jsexton@fwpclaw.com
**ATTORNEY FOR DEFENDANT**
**SL WESTERN LOUNGE, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of September 2018, I electronically filed the foregoing with the Clerk of the District Court by using the CM/ECF/PACER system, which will send notice of electronic filing to counsel of record.

                                            /s/ *Jacqueline M. Sexton*
                                            **ATTORNEY FOR DEFENDANT**
                                            **SL WESTERN LOUNGE, LLC**